# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2012

143645

THOMAS M. KOHLOFF,
         Plaintiff-Appellee,

v

CHRYSLER GROUP, L.L.C., f/k/a
DAIMLERCHRYSLER CORPORATION,
         Defendant-Appellant.

_____/

Robert P. Young, Jr.,
*Chief Justice*

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
*Justices*

SC: 143645
COA: 300801
WCAC: 08-000185

On order of the Court, the application for leave to appeal the July 19, 2011 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2012

t0125

_____
Clerk